VINCENT L. RAVINE (State Bar No. 206432)
KYLE RAMBEAU (State Bar No. 278549)
5120 Gloria Ave
Encino, CA 91436
Telephone: 818 776 0082
Facsimile: 818 849 5108
Attorney for Plaintiff & Counter-Defendant Fred Olen Ray

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED OLEN RAY, an individual<br><br>      Plaintiff,<br>v.<br><br>VINEGAR SYNDROME LLC, a Limited Liability Company organized under the State of Connecticut; BPT FILM GROUP, LLC, a Limited Liability Company organized under the State of Connecticut; FILMS AROUND THE WORLD, INC., a dissolved Delaware Corporation; PROGRAMMING ASSOCIATES, INC., a dissolved Delaware Corporation; and DOES 1-10, inclusive<br><br>      Defendants<br><br>BPT FILM GROUP, LLC dba VINEGAR SYNDROME; FILMS AROUND THE WORLD, INC.; and PROGRAMMING ASSOCIATES, INC.<br>      Counter-Claimants<br>Vs.<br><br>FRED OLEN RAY, an individual<br><br>      Counter-Defendant | Case No.: 18-CV-08070-GW (JPRx)<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

Plaintiff/Counter-Defendant Fred Olen Ray ("Plaintiff") and Defendants/Counter-Claimants BPT Film Group, LLC, Vinegar Syndrome LLC, Films Around The World, Inc. and Programming Associates, Inc. (collectively "Defendants") took part in a mandatory settlement conference hearing in front of Hon. Jean Rosenbluth on April 29, 2019 (the "MSC").

At the MSC, Plaintiff and Defendants reached a tentative settlement of the above referenced case. The parties have agreed to terms of a settlement agreement and have agreed to finalize a settlement agreement promptly. Once the terms of the settlement agreement have been satisfied, Plaintiff and Defendants will file their respective dismissals with prejudice with the Court within 30 days of the date hereof.

Dated:  April 30, 2019            **Law Offices of Vince Ravine, P.C.**

                                  By:   */s/ Vince Ravine*
                                        Vince Ravine
                                        Attorney for Plaintiff/Counter-Defendant Fred Olen Ray