UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 18-8070-GW(JPRx) | Date | May 1, 2019 |
| Title | *Fred Olen Ray v. Vinegar Syndrome LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On April 30, 2019, Plaintiff and Counter-Defendant Fred Olen Ray filed a Notice of Settlement. The Court sets an Order to Show re: Settlement Hearing for June 6, 2019 at 8:30 a.m. The parties are advised the hearing will be vacated, and no appearance will be required provided a stipulation to dismiss, is filed by noon on June 5, 2019.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer   JG