JS-6

VINCENT L. RAVINE (State Bar No. 206432) *vince@vravinelaw.com*
KYLE RAMBEAU (State Bar No. 278549) *kyle@vravinelaw.com*
5120 Gloria Ave
Encino, CA 91436
Telephone: 818 776 0082
Facsimile: 818 849 5108
Attorney for Plaintiff & Counter-Defendant Fred Olen Ray

David H. Boren, Esq. SBN 186316
*dboren@rlfllp.com*
RITHOLZ LEVY FIELDS LLP
10940 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
Bus: (310) 443-4176
Fax: (310) 443-4220
Attorneys for Defendants Vinegar Syndrome LLC & BPT Film Group, LLC and Counter-Claimant BPT Film Group, LLC dba Vinegar Syndrome

Jonathan C. Moore, Esq. CBN 78873
*jmoore@blhny.com*
BELDOCK LEVINE & HOFFMAN LLP
99 Park Ave., PH/26th Floor
New York, NY 10016
Bus: (212) 490-0400
Fax: (212) 277-5880
Attorneys for Defendants/Counter-Claimants Films Around The World, Inc. & Programming Associates, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED OLEN RAY, an individual<br><br>Plaintiff,<br>vs.<br><br>VINEGAR SYNDROME LLC, a Limited Liability Company organized under the State of Connecticut; BPT FILM GROUP, LLC, a Limited Liability Company organized under the State of Connecticut; FILMS AROUND | Case No. CV 18-8070-GW-JPRx<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

1

THE WORLD, INC., a dissolved Delaware Corporation; PROGRAMMING ASSOCIATES, INC., a dissolved Delaware Corporation; and DOES 1-10, inclusive

Defendants
_____

BPT FILM GROUP, LLC dba VINEGAR SYNDROME; FILMS AROUND THE WORLD, INC.; and PROGRAMMING ASSOCIATES, INC.

Counter-Claimants

vs.

FRED OLEN RAY, an individual

Counter-Defendant

## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: June 18, 2019

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE